FRANK EVANOVITCH, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order reversed and new

trial granted, costs to abide the event, upon the ground that there is no evidence that the certified miner of the mine had been requested to furnish props, and without determination of the question of the *bona fides* of the residence of the plaintiff in the State of New York. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.